IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LISA WESSON, Individually and as
Representative of the Estate of Robert Harold Wesson,
Deceased; and on behalf of Nicholas Shane Wesson,
Dustin Lane Wesson, Katelynn Leann Wesson, Kenneth
Lane Wesson, and Moreland Jean Wesson          PLAINTIFF

v.                    Case No. 1:17-cv-1061

LEGACY AUTOMATION, INC.                         DEFENDANT

## JUDGMENT

Before the Court is Defendant Legacy Automation, Inc.'s Motion for Summary Judgment. ECF No. 44. Plaintiff has filed a response to the motion. ECF No. 49. Defendant has filed a reply. ECF No. 50. The Court finds the matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 44) should be and hereby is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge